No. 78–297. MANCHESTER NEWS CO., INC. v. NEW HAMPSHIRE. Appeal from Sup. Ct. N. H. dismissed for want of final judgment. See 28 U. S. C. § 1257.

No. 78–381. HOLDING v. BVA CREDIT CORP. Appeal from Sup. Ct. Va. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–397. GARFINKLE ET VIR v. SUPERIOR COURT OF CONTRA COSTA COUNTY (WELLS FARGO BANK ET AL., REAL PARTIES IN INTEREST). Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question. MR. JUSTICE WHITE and MR. JUSTICE MARSHALL would note probable jurisdiction and set case for oral argument.

No. 77–6817. MCELWEE v. TEXAS. Ct. Crim. App. Tex. Motion of petitioner for leave to proceed in forma pauperis and certiorari granted. Judgment vacated and case remanded for further consideration in light of Crist v. Bretz, 437 U. S. 28 (1978).

No. A–376. PFISTER v. ANDERSON CLINIC, INC., ET AL. Application for stay of orders of the United States Court of Appeals for the Fourth Circuit, addressed to MR. JUSTICE MARSHALL and referred to the Court, denied.

No. D–73. IN RE DISBARMENT OF MCGOVERN. Disbarment entered. [For earlier order herein, see 429 U. S. 936.]

No. D–102. IN RE DISBARMENT OF PAPPAS. Disbarment entered. [For earlier order herein, see 430 U. S. 981.]

No. D–117. IN RE DISBARMENT OF EISENBERG. Disbarment entered. [For earlier order herein, see 434 U. S. 885.]